# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Grace Sandoval

V.  **JUDGMENT IN A CIVIL CASE**

Cash Collections

CASE NUMBER:   09cv2767-MMA(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief. Because it is absolutely clear that the deficiencies of the complaint could not be cured by amendment, the Court dismisses the complaint with prejudice.

| December 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer
(By) Deputy Clerk

ENTERED ON December 14, 2009